B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Eastern District of Arkansas | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Talbot Enterprises of Pine Bluff, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA White Hall Store It All** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**71-0816937** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**7003 Dollarway Road**<br>**White Hall, AR**<br>ZIP Code **71602** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Jefferson** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br><br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable) | Nature of Debts<br>(Check one box) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."   ■ Debts are primarily<br>business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(04/13)                                                                                                                    Page 2

| Voluntary Petition<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Talbot Enterprises of Pine Bluff, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** _____<br> Signature of Attorney for Debtor(s)          (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                                    Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| --- |
| **Talbot Enterprises of Pine Bluff, Inc.** |

### Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney***

X **/s/ J. Brad Moore**
Signature of Attorney for Debtor(s)

**J. Brad Moore 2010197**
Printed Name of Attorney for Debtor(s)

**Frederick S. Wetzel, III, P.A.**
Firm Name

**200 North State Street, Suite 200**
**Little Rock, AR 72201**

_____
Address

**Email: frederickwetzel@sbcglobal.com**
**(501) 663-0535  Fax: (501) 372-1550**
Telephone Number

**March 12, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Beau Talbot**
Signature of Authorized Individual

**Beau Talbot**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**March 12, 2015**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrupcty petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Arkansas

In re   **Talbot Enterprises of Pine Bluff, Inc.**

Debtor(s)

Case No.

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **AR Dept. of Finance & Admin.**<br>**Revenue Legal**<br>**PO Box 1272**<br>**Little Rock, AR 72203** | **AR Dept. of Finance & Admin.**<br>**Revenue Legal**<br>**PO Box 1272**<br>**Little Rock, AR 72203** | **5.4 acres including 5 unit mini mall facility, 142 mini storage units, and 5,471 sq. ft. building Location: 6925 -7003 Dollarway Road, White Hall AR** | | **20,890.07** |
| **Milam's, Inc.**<br>**1212 Ohio Street**<br>**Pine Bluff, AR 71601** | **Milam's, Inc.**<br>**1212 Ohio Street**<br>**Pine Bluff, AR 71601** | **Judgment** | | **173,482.75** |
| **Riverside Bank**<br>**P.O. Box 127**<br>**Sparkman, AR 71763** | **Riverside Bank**<br>**P.O. Box 127**<br>**Sparkman, AR 71763** | **5.4 acres including 5 unit mini mall facility, 142 mini storage units, and 5,471 sq. ft. building Location: 6925 -7003 Dollarway Road, White Hall AR** | | **390,000.00 (1,200,000.00 secured) (1,018,083.52 senior lien)** |
| **Simmons First National Bank**<br>**PO Box 6609**<br>**Pine Bluff, AR 71611** | **Simmons First National Bank**<br>**PO Box 6609**<br>**Pine Bluff, AR 71611** | **Business related** | | **56,000.00** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

B4 (Official Form 4) (12/07) - Cont.

In re   **Talbot Enterprises of Pine Bluff, Inc.**                      Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **March 12, 2015**           Signature  **/s/ Beau Talbot**
                                                  **Beau Talbot**
                                                  **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Amerigas Eagle Propane
1817 River Road
North Little Rock, AR 72114

AR Dept. of Finance & Admin.
Revenue Legal
PO Box 1272
Little Rock, AR 72203

Arkansas County Bank
P.O. Box 511
De Witt, AR 72042

Bart Freeman
130 Timber Lane
White Hall, AR 71602

Beau Talbot
7003 Dollarway
White Hall, AR 71602

Billy Jacobs
1 Westchester
White Hall, AR 71602

Billy Joe Cooper
3210 Maggie Cove
White Hall, AR 71602

Carolyn Rice
2001 Triple E
White Hall, AR 71602

Carter Stein
711 West Third Street
Little Rock, AR 72201

Casey Hanson
900 Veneer Drive
White Hall, AR 71602

Dana Lever
2611 West 34th Apt. 3B
Pine Bluff, AR 71603

Denise Schwartz
307 Edwards
White Hall, AR 71602


Eric Johnson
96 Westchester
White Hall, AR 71602


Estate of Dr. T.E. Townsend
c/o James C. Moser, Jr.
P.O. Box 7808
Pine Bluff, AR 71611


Ginger Cooper
6925 Dollarway Road
Suite #4
White Hall, AR 71602


Harold Sanders
105 Bluebird
White Hall, AR 71602


Holly Garbuzov
806A Sheppard
White Hall, AR 71602


Jimmy Gill
183 Seventh Day Camp Rd.
Monticello, AR 71655


Jon Estes
6925 Dollarway Road
Suite #2
White Hall, AR 71602


Kandre Lee
70003 Dollarway Road
White Hall, AR 71602


Kathryn Austin
924 Parkway
White Hall, AR 71602

Kenneth Nelson
109 Jackson Drive
White Hall, AR 71602


Kenneth Reed
3215 Holiday Drive
Pine Bluff, AR 71603


Kristi Scott
6511 Calhoun
White Hall, AR 71602


Lindsey Daniel
6925 Dollarway Road
Suite #3
White Hall, AR 71602


Matthew Grimm
7649 Vestel Boulevard 1
Pine Bluff, AR 71603


Megan Garrett
5817 W. Barraque
White Hall, AR 71602


Mel Richardson Jone
1300 Oakwood Circle
White Hall, AR 71602


Mica Grimmett
906 Hwy 106
White Hall, AR 71602


Michael Lewis
390 Edwards
White Hall, AR 71602


Milam's, Inc.
1212 Ohio Street
Pine Bluff, AR 71601


Misti Rodriguez
3101 Spencer Lane
White Hall, AR 71602

Nancy Pearce
6011 Webb
White Hall, AR 71602


Rebecca Henderson
1206 Phillips St.
White Hall, AR 71602


Riverside Bank
P.O. Box 127
Sparkman, AR 71763


Robert Ray Powell
400 West 7th
Little Rock, AR 72201


Robert Roberts
504 Pebbles
White Hall, AR 71602


Ross Rickels
6700 Brown Street
White Hall, AR 71602


Ruby Lindsey
10125 Dollarway Road
Pine Bluff, AR 71603


Sean Dollar
2214 Barney Lane
White Hall, AR 71602


Sharon Foots
1601 E. 5th
Pine Bluff, AR 71601


Simmons First National Bank
PO Box 6609
Pine Bluff, AR 71611


Susan Aycock
6925 Dollarway Road
Suite #5
White Hall, AR 71602

Symone Jackson
6720 Dollarway Road Apt. 34
White Hall, AR 71602


Telesha Freeman
2406 W. Reeker
Pine Bluff, AR 71601


Teresa Thompson
703 Caddo
Redfield, AR 72132


Tony Cooley
123 Farah
White Hall, AR 71602


Trecia Rodenberg
6810 Brierwood Dr.
White Hall, AR 71602


Valerie Ramos
6703 Sheridan Road
White Hall, AR 71602


Vickie Clinton
9032 Anderson
White Hall, AR 71602


Wes Booker
6925 Dollarway Road
Suite #1
White Hall, AR 71602


Wes Carmichael
4305 Charles Road
White Hall, AR 71602


Whie Hall Motorsports, LLC
7003 Dollarway Road
White Hall, AR 71602


William Hobson
13 Heritage Park
White Hall, AR 71602

# United States Bankruptcy Court
## Eastern District of Arkansas

In re __Talbot Enterprises of Pine Bluff, Inc._____     Case No. _____

                                                  Debtor(s)              Chapter   __11_____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Talbot Enterprises of Pine Bluff, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__March 12, 2015_____          __/s/ J. Brad Moore_____
Date                                         **J. Brad Moore 2010197**
                                             Signature of Attorney or Litigant
                                             Counsel for __Talbot Enterprises of Pine Bluff, Inc.__
                                             **Frederick S. Wetzel, III, P.A.**
                                             **200 North State Street, Suite 200**
                                             **Little Rock, AR 72201**
                                             **(501) 663-0535 Fax:(501) 372-1550**
                                             **frederickwetzel@sbcglobal.com**